Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
MURRAY HILL PROPERTIES and
30 BROAD STREET ASSOCIATES, LLC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X   21 MC 103 (AKH)

ANDREW STECKLER,                                               Docket No.: 07-CV-5428

       Plaintiff(s),                      **NOTICE OF ADOPTION OF ANSWER**
                **TO MASTER COMPLAINT**

 -against-
                  **ELECTRONICALLY FILED**

30 BROAD STREET ASSOCIATES, LLC, *et al.*,

       Defendant(s).
--------------------------------------------------------X

  PLEASE TAKE NOTICE that Defendants, MURRAY HILL PROPERTIES and 30 BROAD STREET ASSOCIATES, LLC, by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts their Answers to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

  WHEREFORE, the Defendants, MURRAY HILL PROPERTIES and 30 BROAD STREET ASSOCIATES, LLC, demand judgment dismissing the above-captioned action as

against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      October 3, 2007

                                      Yours etc.,

                                      McGIVNEY & KLUGER, P.C.
                                      Attorneys for Defendants
                                      MURRAY HILL PROPERTIES and 30 BROAD STREET ASSOCIATES, LLC

                                      By: _____
                                         Richard E. Leff (RL-2123)
                                         80 Broad Street, 23rd Floor
                                         New York, New York 10004
                                         (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site Litigation
          115 Broadway, 12th Floor
          New York, New York 10006
          (212) 267-3700

          All Defense Counsel