UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE     CaseNo: 21 MC 103 (AKH)
LITIGATION
------------------------------------------------------------X
ANDREW STECKLER,                         Docket No: 07-CV-5428

            Plaintiff,                Plaintiff Motion to
                                         Voluntarily Dismiss with
                                         Prejudice
  -against-

30 BROAD STREET ASSOCIATES, LLC, et al.,
            Defendant(s)
------------------------------------------------------------X

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS HIS CASE WITH PREJUDICE

Plaintiff respectfully moves this Honorable Court to dismiss the above referenced matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) against all Defendants with each party to bear their own costs. Plaintiff takes this action in order to proceed with an administrative claim with the September 11th Victims Compensation Fund which requires a voluntary dismissal of claims against any remaining defendants in order to proceed.

Dated: Melville, New York
October 22, 2025

Respectfully Submitted,

By: /s/ Jaquay B. Felix
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Rd. Ste 305
Melville, NY 11747
Tel: (212) 397-1000

*Attorneys for Plaintiff*
*Andrew Steckler*

So ordered,
10.27.25
/s/ Alvin K. Hellerstein

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: October 22, 2025

                                                              /s/ Jaquay B. Felix
                                                              Jaquay B. Felix, Esq.